UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERI M. RAMSEY,<br><br>                Petitioner,<br><br>   v.<br><br>JANE PARNELL,<br><br>                Respondent. | NO: 2:14-CV-00186-RMP<br><br>ORDER DISMISSING PETITION |

By Order filed July 17, 2014, the Court advised Ms. Ramsey of the deficiencies of her federal habeas petition and directed her to amend within sixty (60) days. ECF No. 4. Petitioner, a prisoner at the Washington Corrections Center for Women, is proceeding *pro se* and has paid the $5.00 filing fee; Respondent has not been served. Petitioner did not comply with the Court's directive.

By this action, Petitioner sought to "regain her Second Amendment rights to bear arms." She presently is serving a twenty-year sentence based on her 2006 Spokane County plea of guilty to First Degree Murder. In addition, she indicates

ORDER DISMISSING PETITION -- 1

that she will be required to serve a consecutive five-year sentence for a firearm enhancement. She asks that the firearm enhancement sentence be set to run concurrently.

Petitioner did not present her petition on the form provided by the Court as required by LR 9.1, Local Rules for the Eastern District of Washington. She presented no facts from which the Court could infer that her weapon enhancement sentence was unconstitutional. She presented no relevant information regarding the remedies that she has sought in the state appellate courts. In any event, the restoration of firearm possession rights is a matter of state law, which should be addressed in the appropriate state forum.

Although granted the opportunity to amend her petition to cure these deficiencies and to demonstrate that she is in custody in violation of her federal constitutional rights, Petitioner did not do so. She has filed nothing further in this action. Therefore, the Court must assume that she has abandoned this habeas action.

Accordingly, **IT IS HEREBY ORDERED** that the Petition is **DISMISSED without prejudice** to seeking appropriate remedies in the state courts.

**IT IS SO ORDERED.** The District Court Executive shall enter this Order, enter judgment, forward a copy to Petitioner, and **close** the file. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could

1  not be taken in good faith, and there is no basis upon which to issue a certificate of
2  appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).
3      **DATED** this 24th day of September 2014.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER DISMISSING PETITION -- 3