# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHERI M. RAMSEY,<br>*Petitioner*<br>v.<br><br>JANE PARNELL,<br>*Respondent* | )<br>)<br>)   Civil Action No.  2:14-CV-00186-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  the Petition is DISMISSED without prejudice to seeking appropriate remedies in the state courts.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: September 24, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia